### Seymour Framson *v.* Frank Riccio
### (11822)

Dupont, C. J., Lavery and Schaller, Js.

Argued December 10, 1993—decision released January 4, 1994

*Francis J. Ficarra,* for the appellant (defendant).
*Cathy S. Kohut,* for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.

### Olga Abdulquader *v.* Catherine V. Solek
### (11911)

Dupont, C. J., O'Connell and Lavery, Js.

Argued December 8, 1993—decision released January 4, 1994

*Donald J. McCarthy, Jr.,* for the appellant (plaintiff).
*Robyn L. Sondak,* for the appellee (defendant).

Per Curiam. The judgment is affirmed.